**232**

Robert PETERS; and Jane Doe, a minor by and through her next friends and parents, Ann Doe and Sam Doe, Petitioners,

v.

HORACE MANN INSURANCE COMPANY, Respondent.

No. 97SC586.

Supreme Court of Colorado.

Sept. 29, 1998.

William C. Hibbard, Steamboat Springs, for Petitioners.

Michael B. Marion, Deisch and Marion, P.C., Denver, for Respondent.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the written and oral arguments of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of certiorari heretofore granted be, and is, Denied as having been improvidently granted.